THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL TAIBI, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses the writ of habeas corpus and remands relator to the custody of defendant.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See *post*, p. 875.]

In the Matter of PAUL L. HANLEY, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination confirmed, without costs. All concur. (Review of a determination of the New York State Liquor Authority disapproving petitioner's application for a hotel liquor license.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

ALBERTA E. MEYERS, as Limited Administratrix of the Estate of EARL E. MEYERS, Deceased, Respondent, v. HARRY R. YOUNG et al., Appellants, and RAYMOND G. ANTHONY, Respondent. RAYMOND G. ANTHONY, Respondent, v. W. I. WOMELDORF et al., Copartners Doing Business under the Name of W. I. WOMELDORF & SONS, et al., Appellants.— Order reversed on the law and facts and as a matter of discretion, with $10 costs and disbursements, and actions ordered to be tried together. (See Civ. Prac. Act, § 96-a; *Crandall* v. *Leach & Co., Inc.*, 222 App. Div. 292; *McAllister* v. *Drislane*, 239 App. Div. 85; *Olson* v. *Abbott*, 267 App. Div. 1044.) All concur. (The order denies a motion of defendants Womeldorf and Young to consolidate two actions.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

JESSIE BUCHANAN et al., as Trustees of School District No. 3 of the Town of Salina, Respondents, v. TOWN OF SALINA, Appellant.— Motion for reargument denied. Memorandum: All questions as to the applicability of section 491 of the Education Law as a defense must be determined upon the new trial. Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [See *ante*, p. 207.]